IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN ANDREW NOONAN | * | |
| | * | |
| | * | Civil No. JFM-09-1768 |
| | * | |
| Mr. WILLIAM COUPER, | * | |
| PRESIDENT BOA, ET AL. | * | |
| | ***** | |

MEMORANDUM

Plaintiff has instituted this *pro se* action under the Fair Debt Collection Practices Act.

Defendants have all filed motions to dismiss.   Plaintiff has responded to the motions by filing

"motions to dismiss" the defendants' motions to dismiss.

*Pro se* pleadings must, of course, be liberally construed.   However, plaintiff has failed to

state any facts whatsoever to support the claims he asserts against any of the defendants.

Accordingly, defendant's motions will be granted.


DATE:   <u>10/23/2009</u>          <u>     /s/                         </u>
                                        J. Frederick Motz
                                        United States District Judge